THE HONORABLE MARSHA J. PECHMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　V.<br><br>RYAN BROWN,<br><br>　　　　　　Defendant. | No.  CR06-0125-MJP<br><br>ORDER GRANTING<br>MOTION TO CONTINUE  PRETRIAL<br>MOTIONS DEADLINE AND<br>TRIAL DATE |

This matter comes before the Court on a stipulated motion by the defendant, Ryan Brown, to continue the pretrial motions due date and trial date and the Court having considered the entirety of the record and files herein, the Court finds as follows:

1.   John Henry Browne and Jessica Riley, attorneys for Ryan Brown, need additional time to review the discovery to adequately prepare pretrial motions and prepare for trial.

2.   Defense counsel cannot accomplish a complete review of the discovery and adequately prepare pretrial motions by the original cut-off date.  Now, therefore,

IT IS HEREBY ORDERED that the pretrial motions due date be continued from May 25, 2006 to August 7, 2006  and the trial date be continued from June 19, 2006 to September 18, 2006, on the ground that the ends of justice served by a continuance outweigh the best interest of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161, and that the time between the date of this Order and the new trial date be excludable time under the Speedy Trial Act pursuant to Title 18, USC Sections 3161(h)(8)(A), 3161(h)(8)(B)(i) and 3161(h)(8)(B)(ii).

DONE IN OPEN COURT this 6th day of June, 2006.

/S/Marsha J. Pechman
THE HONORABLE MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

Ryan Brown, represented by:
LAW OFFICES OF
JOHN HENRY BROWNE
s/ John Henry Browne
WSBA # 4677
2100 Exchange Building
Seattle, Washington 98104
206-388-0777 fax 388-0780
johnhenry@jhblawer.com