Judge Marsha J. Pechman

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

8
9

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR06-125P |
| Plaintiff, | |
| v. | |
| RYAN BROWN, | ORDER CONTINUING TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |
| Defendant. | |

10
11
12
13
14
15
16
17

THIS MATTER comes before the Court on a stipulated motion of the government and defendant RYAN BROWN to continue the trial date and the pretrial motions deadline date. Having considered the entirety of the record and files herein, the Court finds that failure to grant a continuance would likely result in a miscarriage of justice. The government will be obtaining a superseding indictment on September 13, 2006, adding three additional charges that significantly enhance the defendant's possible prison term if convicted. Defense counsel is currently in trial and needs additional time to be effectively prepared for trial on the charges that will be contained in the superseding indictment. The defendant has signed a waiver of speedy trial to accomodate the requested continuance.

The Court therefore finds that the interests of the public and the defendant in a

18
19
20
21
22
23
24
25
26
27
28

Order Continuing Trial and Motions Deadline
Brown/CR06-125P –1

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

1  speedy trial in this case are outweighed by the ends of justice.

2  IT IS NOW, THEREFORE, ORDERED that trial of defendant RYAN BROWN
3  be continued to October 10, 2006, and that the time between the date of this Order and
4  the new trial date be excludable time under the Speedy Trial Act pursuant to Title 18,
5  United States Code, Sections 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(ii).

6  IT IS FURTHER ORDERED that pre-trial motions shall be filed on or before
7  September 21, 2006.

8  Dated this 13th day of September, 2006

11  /S/Marsha J. Pechman
   UNITED STATES DISTRICT JUDGE

13  Presented by:

15  s/ Lisca Borichewski
   LISCA BORICHEWSKI
16  Assistant United States Attorney
17  (206) 553-2266, Fax: (206) 553-4440
   E-mail: lisca.borichewski@usdoj.gov
18  Washington State Bar #24300

19
   s/ John Henry Browne
20  Telephonically approved 9/11/06

Order Continuing Trial and Motions Deadline
Brown/CR06-125P –2

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970